RECEIVED
IN MONROE, LA
SEP 2 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TROY LEE GREER | CIVIL ACTION NO. 05-0322 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LOWE'S HOME CENTERS, INC. | MAG. JUDGE KAREN L. HAYES |

### MEMORANDUM ORDER

On June 21, 2006, this Court issued an order continuing the trial and all pretrial deadlines without date. The parties were ordered to provide the Court with a status report on settlement negotiations within sixty (60) days. On August 16, 2006, the parties notified the Court that a mediation was set for September 8, 2006, and that they would provide a status report following mediation. The mediation was held on that date.

However, in a September 20, 2006 status report [Doc. No. 52] provided by Defendant, the Court has been notified that the case did not settle because Plaintiff is currently in bankruptcy and thus his claim is now property of the Trustee. The Court has verified that Plaintiff filed a Chapter 13 Petition in the United States Bankruptcy Court for the Western District of Louisiana (Case No. 06-31131) on August 23, 2006. The case remains pending, and the automatic stay has not been lifted in order to allow this matter to proceed. Accordingly,

IT IS ORDERED that the above-referenced matter is STAYED pursuant to 11 U.S.C. § 362(a) until further Order of the Bankruptcy Court lifting the stay in Plaintiff's bankruptcy case. The Clerk of Court is instructed to terminate all pending motions, to be re-urged by the appropriate party,

if necessary, once the stay is lifted.

MONROE, LOUISIANA, this  25  day of  September , 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE